

FILED

2021 JAN 21  AM 9:26

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA



8:21 mc 18 T 210 TGW

*M.S.T. of A. Grand Major Temple II Dba AULCOARAH PRIVATE SOCIETY*
*of MU'URS & MOORS*
*en AMERICA/AL MOROCCO/AL MAURIKANUS©™®,*

*THE MOORISH DIVINE MOVEMENT of 1916 [A.D.C.C.Y.]:*

*AULCOARAH HIP HOP MINISTRIES MOVEMENT/KNOWLEDGE GANG/MHPC*



**OFFICIAL COVER LETTER:DECLARATION MINISTERIAL AFFIRMATION:DIVINE MINISTER Justice**
**Thawkso Holy Newton El  I :MANDATORY ACCEPTANCE:USC TITLE 28 sec.1746**
**NOTICE OF NEUTRAL AND ITINERATE STATUS + NOTICE:ESTOPPEL:SUBJECT MATTER**
**JURISDICTION:CURRENT STATUS OF_A1-DO NOT EXAMINE//DO NOT**
**DETAIN/TREATY#244-1/2_DIPLOMATIC IMMUNITY:JURIS: USPM/U.S. SUPREME COURT FILE#**
**7008 0150 0003 1912 6021 /prev.__6014 + 7014 0510 0000 9787 6766 /prev.__5219 :WASHINGTON**
**D.C. TC#507950/980/977, 508003**

*5 pages total including cover and enclosure/attaches; Bearer Photo ID on pg.3, code sheet on pg.4*

FROM THE OFFICES OF THE HOLY ROYAL FAMILY HIGH SUN PRINCE AND MINISTER OF FOREIGN
AFFAIRS, SUPREME DIVINE MINISTER PHILIP ARNOLD BEY I
AL ANIYUNWIYA TERRITORY
MASTER ROYAL ENCLAVE
1902 TEXAS PARKWAY, PRIVATE UNIT 1431, MISSOURI CITY,
TEXAS REPUBLIC, 77489-nondomestic

*El Pharaoh El Amen I*

HOLY ROYAL FAMILY HIGH PRINCE,
APOSTILLE, AND AMBASSADOR
All Signatures Signed on This Document Only in the Correct Public
Capacity of the Original Treaty Trust Jurisdiction
1787/1836

TRa-62942
$49.00

**NOTICE OF AFFIRMATION, IMMUNITY, AND EXEMPTION**

**TO WHOM THESE PRESENTS SHALL COME:**

BE IT HEREBY AFFIRMED BY THE SUPREME DIVINE MINISTER OF AULCOARAH PRIVATE SOCIETY OF MUURS EN AMERICA THAT Justice Thawkso Holy Newton El I (BILLY LEE NEWTON JR ex rel nom de guerre) IS IN FACT A FULLY ORDAINED MINISTER OF OUR LAWFULLY REGISTERED AND ROYALLY CHARTERED FOREIGN PRIVATE RELIGIOUS SOCIETY WHICH IS RECORDED IN THE COUNTY OF WAYNE, STATE OF MICHIGAN; AND FILED FOR RECORD AS THE IMPERIAL EXECUTIVE BODY POLITIC OF THE MOORISH DIVINE MOVEMENT OF 1916, AND IMPERIAL RULERS OF THE GRAND MAJOR TEMPLE OF THE MOORISH SCIENCE TEMPLE OF AMERICA (Indigenous religious society recorded in Cook County Illinois republic on 8-1-1928 DOC #10105905); AS OWNER OF MAKK HUSTLE PUBLISHING COMPANY. (religious publications corporation recorded Wayne County michigan republic on 1-13-2015 DOC #ss.787680).

DIVINE MINISTER DIVINE MINISTER Justice Thawkso Holy Newton El I  IS HEREBY AFFIRMED TO ACT OFFICIALLY IN THE CAPACITY OF HIS/HER DIVINE CALLING; HIS/HER OWN PROPERTIES AND VESSELS BEING UTILIZED FOR MASSIVE RELIGIOUS RESEARCH AND PROPAGATION OF THE FAITH OF OUR ANCIENT MOABITE PARENTS. APS MINISTERS ARE TAX NON-OBLIGATORY AS ALL HAVE BEEN DULY NOTIFIED TO THE FOREIGN UNITED STATES CORPORATIONS IN PRO PER AS AB ORIGINE AND INDIGENOUS MOORS AND CITIZENS OF THE ORIGINAL TREATY TRUST JURISDICTION OF 1787/1836 TREATY 244-1 & 2, SEE REFERENCE CASE U.S. MICH E.D. 3:20-mc-50006 (2020), WAYNE COUNTY MICHIGAN #17-008808-CH/9636HEYDENESTATE/ 262018AFFOFTRUTH. APS MINISTERS ARE ABORIGINAL TO THE LAND AND NONTAXABLE BY THE FOREIGN UNITED STATES A/K/A/ DISTRICT OF COLUMBIA OF WHICH APS MINISTERS DO NOT RESIDE, DOMICILE, NOR ARE EMPLOYED BY; NOR TAXABLE BY ANYONE ON THE AL MOROCCAN/AMERICAN SOIL. APS MINISTERS ENJOY DIPLOMATIC IMMUNITY AS PUBLIC MINISTERS OF A FOREIGN RELIGIOUS SOCIETY OF SHEIKS/SHEIKESSES AND 3J POMEROY - LORD BAILOR - AB ORIGINE - INDIGENOUS MOORS.

THIS AFFIRMATION MUST BE RECEIVED IN THE FULL FAITH IN CREDIT OF OUR FOREFATHER THE HOLY PROPHET AND MARQUIS DE MAISON ROUGE NOBLE DREW ALI, OUR SULTAN MULAY YUSEF OF THE ALOUITE DYNASTY WHOM DIPLOMATICALLY RECOGNIZED THE MOORISH NATION IN AMERICA, AND OUR SULTAN IN MOROCCO MOHAMED BEY III OF WHOM FIRST DIPLOMATICALLY RECOGNIZED THE U.S.A. AS A



SOVEREIGN NATION AND FINANCED THE UNION STATES SOCIETY $25M TO DEVELOP THE DISTRICT OF COLOMBIA (THE UNITED STATES CORPORATION).
*USPM/U.S. SUPREME COURT FILE# 7008 0150 0003 1912 6021 /prev.__6014 + 7014 0510 0000 9787 6766 /prev.__5219*
UPON INHERITED NOBILITY AND COMMERCIAL LIABILITY DIVINE MINISTER Justice Thawkso Holy Newton El I AND ALL APS MINISTERS ARE NON TAX-OBLIGATORY/ SS NUMIDENT CSP-D, NONPERSON/NONRESIDENT/NONTAXPAYER FREEHOLD LORD BAILOR STATUS.

LOVE, TRUTH, PEACE, FREEDOM, AND JUSTICE TO ALL

FORWARD ANY QUESTIONS TO THE OFFICE OF THE SUPREME DIVINE MINISTER AT:
INFO@AANMRGOV.COM
APS CONTACT FAX 832-582-5004

**Justice Thawkso Holy Newton El I**,
henceforth known lawfully as, and also as
**Divine Minister Justice Thawkso Holy Newton El I**
Authorized Consul and Representative of BILLY LEE NEWTON JR
 All Rights Reserved: TITLE 28 U.S.C. 1603(b), TITLE 28 U.S.C 1604,U.C.C. 1-207/ 1-308; U.C.C. 1-103
Al Aniyunwiya Terra, Capitol Province III, Southwest Region, Tennessee,  Al Aniyunwiya Proper, et al

*DEY OF BEARTH: 11-RAMADAM-1403  M.C.Y, 06-22-1983 {C.C.Y.}:   HT: 5'8: WT: 180:  EYES: BRO:  HR: BRW [3J-A1 POM]*



All Signatures Signed on This Document Only in the Correct Public
Capacity of the Original Treaty Trust Jurisdiction

National Seal and Photo Image Thumb print - Divine Minister and Royal Consular AANMRPID#: 1-10622831777, APS MID#:DM37, MDM Minister of Foreign Affairs File #2017008808-262018AFFOFTRUTH,  MDM-MSTA-AULCOARAH PRIVATE SOCIETY-AANMR; STANDING Ref. Case #3-20-mc-50006 U.S.  Michigan E.D.;STANDING STARE DECISIS Ref. Case #13-01313-FCH U.S.Supreme Court WASHINGTON D.C. (2017),in favor of Cherokee Freedmen, et al
**ISSUED: 8-9-2020      EXPIRES: 00-00-0000      MAILING: P.O. BOX 1431, 1902 Texas Parkway 77489-ND**
*USPM/U.S. SUPREME COURT FILE# 7008 0150 0003 1912 6021 /prev.__6014 + 7014 0510 0000 9787 6766 /prev.__5219*
*TAX EXEMPT #986096345 Moorish American Aborigine/Indigene - MINISTER ID# DM-37*



AANMRPID#: 1-10622831777

ACS-PCS FEDERAL RACE/ETHNICITY CODE/S: 463/667

APSMID#: DM-37

ABORIGINAL TITLE/SS NUMIDENT: CSP-D nonperson/nonresident/nontaxpayer

FEDERAL DOD FILE#: 1-17

HIERARCHICAL CODE/S: R1.01.052.004, R1.01.021

MDM#: 2018-137

NCHSUID#: 1237-7, 1088-4

TITLE: Divine Minister: El:  Justice Thawkso Holy

TRUST: Noble Drew Ali Fee Simple Absolute Vast Estate Irrevocable Express Trust
Torrens Title registered #10105905
TRUST: FP-MR226254-APS-A1-R1 Al Aniyunwiya Central Trust & Holdings Corporation
98-609XXXX, HOLY ROYAL FAMILY OF AANMR 98-6096345

TREATY#:  244-1 & 2, Cherokee Nation Treaty of 1866, and UNICITRAL, et al
Ref. Case #17-008808-CH/9636HEYDENESTATE County of Wayne, Michigan republic RECEIVED AND FILED 2-7-18 unrebutted,
and PRE-ceeding WASHINGTON D.C., U.S. Supreme Court Case #13-01313-FCH in favor of Cherokee Freedmen 8-30-17

US-BOC RACE CODE/S: 465/973, 416/973, 769/986, B-21

US-BOC ANCESTRY CODE/S: 406/413/900/920/924/939

DIVINE AND ROYALLY ENDORSED BY: EMPEROR - PRINCE EL PHAROAH EL AMER I

DO NOT STOP - DO NOT DETAIN - DO NOT ARREST - DO NOT SEARCH - DO NOT SEIZE-
DO NOT TRESPASS - DO NOT IMPOSE OR COMPEL COLOR OF LAW.
DETENTION STANDS UPON 5 MINUTES POST RECEPTION OF THIS NOTICE.
NO LICENSE OR REGISTRATION REQUIRED.
TITLE 28 U.S.C. 1603(b), TITLE 28 U.S.C 1604
OATH OF AMNESTY AND RECONSTRUCTION ACCEPTED AND ON FILE.







*The United States government is a foreign corporation with respect to a state. This great corporation was ordained and established by the American people. Corporations can not have jurisdiction over the Natural person. The United States government is actually foreign to the 50 organic states. It was meant to be a separate "thing" and never intended to become a replacement "nation" for the 50 organic states. The United States of America is distinguished from the governments of the several states. It is well settled that the United States is a corporation originally incorporated as District of Columbia in February 1871.*

**See: UNITED STATES V MAURICE, 26 FED. CAS. NO. 15, 747, BROCK 96 CIRCUIT COURT, D. VIRGINIA, 1823; M.Y. RE:MERRIAM, 36 N.E. 505, 141 N.Y. 479, AFFIRMED 16 S.CT. 1973, 41 L.ED. 287; PREAMBLE OF PUBLIC LAW, 15 UNITED STATES STATUTES AT LARGE, CH. 249, PPS 223-224(1868); TITLE 28 USC SECTION 3002(5) CHAPTER 176; 5 FEDERAL SUPPLEMENT 724; 16 STAT. 419 CHAPTER 62, ET AL.**

### AL ANIYUNWIYA NATIONAL TRIBAL REPUBLIC REGENCY OF FOREIGN AFFAIRS
**(fax 832 - 582  5004)**

Wayne County MI Ref. Case #17-00880808-CH, AFFOFTRUTH262018 RECEIVED AND FILED 2-7-2018, WASHINGTON D.C.. U.S Supreme Court Case #13-01313-FCH in favor Cherokee Freedmen; *USPM/U.S. SUPREME COURT FILE# 7008 0150 0003 1912 6021 /prev.__6014 + 7014 0510 0000 9787 6766 /prev.__5219*



## ROYAL APOSTILLE
APOSTILLE (Convention de La Haye du 5 octobre 1961)

Apostilled by _El Pharaoh El Amer XIV_

On the dey of _24 Jamadi-ul Awwal_ M.C.Y. _1 - 8 - 2021_ C.C.Y.

At _Tejas_

Acting in the capacity of _Minister of Foreign Affairs_

For the Empire of _Al Morocco_

Or the Nation of _Al Aniyunwiya/AANMR_

Or the state of _AANMR_

And bearing the seal of _Empire de Al Morocco_

Apostille File No. _20210108-1_

Apostille Autograph _____

Authorized by THE HOLY ROYAL EMPEROR EL PHAROAH EL AMER I



AL ANIYUNWIYA NATIONAL TRIBAL REPUBLIC REGENCY OF FOREIGN AFFAIRS
(PO BOX 248, 16 N. ALABAMA RD., MONROEVILLE, ALABAMA, 36460[nondomestic])