

8:21mc18T 210 T6W

>>>>>>>AANMR FILE #20MC50006-37     USSEC Tracer Flag

OFFICIAL NATIVE SOVEREIGN NATION IDENTIFICATION:MANDATORY ACCEPTANCE:USC TITLE 28 sec.1746: DECLARATION OF RIGHTS RESERVED, SUBJ:EL PHAROAH EL AMER

NOTICE OF IMMUNITY AND ESTOPPEL PURSUANT TO ACTION IN UNITED STATES COURT precluding all actions by inferior courts and Law Enforcement agencies, et al. ALL violations of estoppel pursued at $300,000.00 USD per violation + per day until cured,

TO: STATE OF FLORIDA, PINELLAS COUNTY PROBATE COURT, THE PINELLAS COUNTY PROSECUTOR; ALL FEDERAL, STATE, COUNTY, LOCAL, MUNICIPAL, AND CORPORATE LAW ENFORCEMENT AND BAIL AGENCIES, ET AL: by Certified USPS Mail #_____, UCC filing, and Public Posting. Personal Notice pursuant to Treaty series 244-1 & 2 Article 1-25 (simple declaration of invoked protection) is also applicable.

NOTICE: YOU ARE PRECLUDED FROM ALL ACTIONS against Supreme Divine Minister Justice Thawkso Holy Newton El I I and ALL Members of his Noble Religious Society M.S.T. of A. Grand Major Temple II/Aulcoarah Private Society of Mu'urs & Moors en Al Morocco/Al Maurikanos/Americas Royal Temple #1, or his Life, liberty and properties BY UNITED STATES SUPREME COURT CASE RULING 13-01313-FCH WASH DC in favor of Cherokee Freedmen Descendants (2017), UNITED STATES EASTERN DISTRICT OF MICHIGAN FEDERAL CASE 3:20-mc-50006, and MICHIGAN DEPARTMENT OF STATE UCC LIEN #20181228000001-3; in support.

DEY OF BEARTH: 11-RAMADAM-1403 M.C.Y.,   06-22-1983 {C.C.Y.}:   HT: 5'8:   WT: 180:   EYES: BRO:   HR: BRW [3J-A1 POM]
1902 TEXAS PARKWAY, PRIVATE UNIT 1431, MISSOURI CITY, TEXAS republic, 77489-nondomestic      A-1 IMMUNITY..............P.O.W.




Justice Thawkso Holy Newton El I
All Signatures Signed on This Document Only in the Correct Public Capacity of the Original Treaty Trust Jurisdiction Series 244-1&2

THIS IDENTIFICATION DOES NOT EXPIRE PURSUANT TO FRE 902.   Issued by Al Aniyunwiya Nation - NSN

NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL

RE: FEDERAL COURT CASE # 3:20-mc-5006 ESTOPS AND PRECLUDES ANY AND ALL PROCEEDINGS, ACTIONS, INVESTIGATIONS, TAXATIONS, SEARCHES, SEIZURES, DETENTIONS, WARRANTS, ET AL, PERTAINING TO AFF:DIVINE MINISTER JUSTICE THAWKSO HOLY NEWTON I or his property BILLY LEE NEWTON JR/Billy Lee Newton Jrl PURSUANT TO UNITED STATES EASTERN DISTRICT OF MICHIGAN CASE 3:20-mc-50006. STATUS OF CLASS A-1 IMMUNITY IS STANDING SUPERIORLY IN UNITED STATES COURT PRECLUDING ANY PROCEEDING, ACTION, WARRANT ISSUANCE, ET AL, BY THE JUDGE/S, OFFICER/S, AND/OR PRINCIPAL/S BEING NOTIFIED.

@ EASTERN DISTRICT OF MICHIGAN FEDERAL CASE 3:20-mc-50006 AND CLASS A-1 IMMUNITY STANDING ATTACHED. See: COOK COUNTY ILLINOIS RECORDER OF DEEDS BOOK 521 PAGE 579 DOC# SS 10105905 TORRENS TITLE REGISTERED AFFIDAVIT OF RELIGIOUS SOCIETY ORGANIZATION FILED AUGUST 1ST 1928 @2:52PM and attached legislation COUNTY OF MONROE STATE OF ALABAMA REGISTER OF DEEDS instrument# 87103 BOOK 874 PAGE 351 FILED OCTOBER 15TH 2019 @03:52:27 PM;; Challenge of Jurisdiction Oakland County Chief Justice Kathleen Ryan, status:defaulted, report 06/28/2018 14:08  serial no. A1VE011008603 TC#:507950; STATE OF MICHIGAN DEPARTMENT OF STATE UCC FILING # 20181228000001-3 FILED 12/28/2018; CHEROKEE V NASH CASE #13-01313-TFH Ruling in Favor of Cherokee Freemen; Library of Congress Doc# AA-2.22.141-A1, Treaty Series 244-1 & 2, and UNITED STATES DEPARTMENT OF DEFENSE DOD FILE # 1-17

**SEND ALL REPLIES TO**: 1902 TEXAS PARKWAY, MISSOURI CITY, TEXAS REPUBLIC 77489-ND, PRIVATE UNIT 1431
**IN CARE OF**: SUPREME DIVINE MINISTER OF FOREIGN AFFAIRS;  OR AUTHORIZED AGENT OF: THE HOLY ROYAL FAMILY OF AL ANIYUNWIYA NATIONAL MU'URISH REPUBLIC
**FAX** 832-582-5004

MOORISH DIVINE MOVEMENT of 1916 a.d./M.S.T.A.1928 Grand Major Temple II -
{dBA} AULCOARAH PRIVATE SOCIETY  of MU'URS & MOORS
en AMERICA/AL MOROCCO/AL MAURIKANUS ®™© - Subordinate Temple #1,

THE AL ANIYUNWIYA NATION ROYAL FAMILY CONSUL®™©:AANMR
AN ORGANIC AMERICAN STATE OF INDIGENOUS DOMICILE: TREATY SERIES 244-1 AND 2

BY **AUTHORITY** OF **ALLAH** AND THE **MOSAIC AND KORANIC LAW** VESTED IN **THE HOLY ROYAL FAMILY OF AANMR,** No notary public needed whereas Royal Autograph is of Higher affirmation and Authentication, and no color of law may be imposed on Al Moroccan/American/'Murican/Moroccan Royalty.

M.C.Y. 19 Dhu'l Hijjah 1441     ccy 08/09/2020     time 9:06 PM
AUTOGRAPH:

_El Pharoah El Amer XXXI_
ROYAL CONSUL  DIVINE MINISTER EL PHAROAH EL AMER XXXI



NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL

2

Verification of personal delivery

This signature by authorized agent of
_____

Only constitutes in law verification that the Consul or Courier has delivered an exact and true original copy of A NOTICE OF ESTOPPEL pursuant to federal case 3:20-mc-5006 in Eastern District of Michigan on
_____

to_____
Pursuant to pending Federal action, And nothing further.


_____
Signature of Authorized Agent


If by mail please disregard verification of personal delivery
U.S. Marshall service non-applicable/non-requested by Moor

3