UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THAWSKO HOLY NEWTON EL I,

    Plaintiff,

v.                                        Case No. 8:21-cv-244-T-KKM-TGW

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

In an order dated February 1, 2021, the Court directed the plaintiff to file a complaint that complies with the Federal Rules of Civil Procedure. (Doc. 2). The plaintiff failed to do so. A review of the current pleading demonstrates that the plaintiff brings this action purportedly as a "sovereign citizen."

Causes of action based on "sovereign citizen" theories are patently frivolous. *See Townsend v. Georgia*, CV418-303, 2019 WL 1009421, at *2 (S.D. Ga. Feb. 11, 2019) (Ray, Mag. J.) (collecting cases), *adopted in* 2019 WL 1005199; *United States v. Sterling*, 738 F.3d 228, 233 n.1 (11th Cir. 2013) (noting courts summarily reject theories from "sovereign citizens" as frivolous); *United States v. Benabe*, 654 F.3d 753, 766 (7th Cir. 2011) (stating that "[sovereign citizens'] theories should be rejected summarily, however they are presented"); *Stafford v. United States*, 208 F.3d 1177, 1178 (10th Cir. 2000) (noting federal courts regularly reject tax protests by "sovereign citizens" as frivolous); *Cooper v. Williams*, No. 16-3963, 2016 WL 4943363, at *1, n.1 (E.D. Pa. Sept. 16, 2016)

(characterizing "the plaintiff's notions of his sovereign citizenship" as frivolous); *see also West v. Bornudna*, 698 F. App'x 224 (5th Cir. 2017) (dismissing appeal by "sovereign citizen" because it was frivolous); *Schlager v. Beard*, 398 F. App'x 699 (3d Cir. 2010) (same).

Because the plaintiff failed to comply with the order directing him to file a complaint in accord with the Federal Rules of Civil Procedure and because his current pleading contains unintelligible theories and claims, this action is **DISMISSED**. The Clerk is directed to close the case.

**ORDERED** in Tampa, Florida, on March 31, 2021.

_____
Kathryn Kimball Mizelle
United States District Judge